**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1258**

IN RE: MEHBOOB UL IMAM.

------------------------------------------------------------

MEHBOOB UL IMAM,

        Debtor - Appellant,

    v.

NEWREZ LLC, Servicing as Servicer for The Bank of New York Mellon d/b/a Shellpoint Mortgage,

        Movant - Appellee,

    and

H. JASON GOLD; GERARD RICHARD VETTER,

        Trustees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-01516-LMB-JFA)

Submitted:  March 11, 2025                    Decided:  March 13, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Mehboob Ul Imam, Appellant Pro Se.  Ronald James Guillot, Jr., SAMUEL I. WHITE, PC, Virginia Beach, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mehboob Ul Imam appeals the district court's order dismissing as moot her appeal from the bankruptcy court's order granting relief from the automatic stay in her bankruptcy case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Imam v. NewRez LLC*, No. 1:23-cv-01516-LMB-JFA (E.D. Va. Feb. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*